

401 WASHINGTON AVENUE, SUITE 501
TOWSON, MARYLAND 21204

Telephone (410) 244-8800
Facsimile (410) 825-5941

www.cooncolelaw.com

CURTIS C. COON, P.C.
DAVID H. COLE, P.C.
ZACHARY J. A. COON, P.C.

**MARC E. SHACH**
*Of Counsel*
Direct Dial: 410-630-4428
mes@cooncolelaw.com

CARA L. HERMAN
BRADY L. THOMPSON

September 13, 2017

Honorable Robert A. Gordon
United States Bankruptcy Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    **The Peoples Community Health Center, Inc.**
             **Case No. 15-10228**
             **Chapter 11**

             **Charles Goldstein v. William A. Green**
             **Adversary Case No. 16-00574**

             <u>**JOINT STATUS LETTER**</u>

Dear Judge Gordon:

      Pursuant to the Court's Scheduling Order and Rule 26(f) Report Approval entered on March 9, 2017 (Docket No. 17, the "Scheduling Order"), this letter will serve as counsels' joint report setting forth the status of the above referenced adversary proceeding.

      At this time, no pleadings are pending. While the parties may consider entering into settlement negotiations sometime in the near future, the parties are otherwise prepared to proceed to trial on October 23, 2017 and to comply with the other requirements of the Scheduling Order, including the pre-filing of exhibits and the filing of a pre-trial statement.

                                                      Very truly yours,

                                                        /s/
                                                   Marc E. Shach
                                                  Counsel for Plaintiff

                                                        /s/
                                                   Ronald A. Drescher
                                                 Counsel for Defendant